IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**FREDDIE LEE JONES**                                                                                   **PETITIONER**

**V.**                                        **CASE NO. 2:24-CV-2105**

**DEXTER PAYNE, Director, Arkansas Division of Correction**            **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 23) filed in this case on August 1, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Respondent's Motion to Dismiss (Doc. 13) is **GRANTED**. The Section 2254 Petition (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 3rd day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE