IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**FREDDIE LEE JONES**                                                                                               **PETITIONER**

**V.**                                               **CASE NO. 2:24-CV-2105**

**DEXTER PAYNE, Director, Arkansas Division of Correction**           **RESPONDENT**

**ORDER**

On August 1, 2025, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation ("R&R") (Doc. 23). He recommends that Freddie Lee Jones's Petition for Habeas Corpus under 28 U.S.C. § 2254 be dismissed as time-barred. On September 10, 2025, Mr. Jones filed Objections to the R&R. *See* Doc. 30. In response, the Court has reviewed the entire case *de novo* and is prepared to rule.

Mr. Jones's Objections fail to state any new facts or new law that was not already before the Magistrate Judge for consideration. Instead, the Objections restate the arguments Mr. Jones previously made in favor of equitable tolling. These arguments appear in his Petition (Doc. 1) and in his Response to the Motion to Dismiss (Doc. 20). The Court agrees with the Magistrate Judge that even when Mr. Jones is given all benefit of the doubt, his § 2254 Petition was due at the latest on December 1, 2023, and he did not file it until August 4, 2024, approximately eight months too late. Though Mr. Jones argues that the limitations period should be tolled between January 8, 2023—the date he attempted (unsuccessfully) to file filed a notice of appeal in state court—and August 1, 2023—the date he filed a belated notice of appeal—he fails to acknowledge the fact that

1

*after* the state court denied his appeal on August 23, 2023, he waited almost one *additional* year before he filing his § 2254 Petition. Under the circumstances, there is no reasonable dispute that the Petition is time-barred, and the Objections are **OVERRULED**.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Respondent's Motion to Dismiss (Doc. 13) is **GRANTED**. The § 2254 Petition (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 19th day of September, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE